NUMBER 13-05-724-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_________________________________________________________________

 

         IN RE: 
WILLIAM N. WOOLSEY, INDIVIDUALLY, AND 

WOOLSEY
& SCHMIDT, L.L.P.   

__________________________________________________________________

 

                      On Petition for Writ of
Mandamus __________________________________________________________________

 

                     MEMORANDUM OPINION

 

         Before Chief Justice Valdez and Justices Rodriguez and Garza

                            Per Curiam Memorandum Opinion[1]

 








Relators, William N.
Woolsey, Individually, and Woolsey & Schmidt, L.L.P., filed a petition for
writ of mandamus in the above cause on November 16,
2005.  Real Party in Interest, Jack
L. Stone, filed a response on December 13, 2005.  The Court, having examined and fully
considered the petition for writ of mandamus and the response,
is of the opinion that relators have not shown themselves entitled to the
relief sought.  Accordingly, relators'
petition for writ of mandamus is denied. 
See Tex. R. App. P. 52.8(a).

PER CURIAM

 

Memorandum Opinion delivered and 

filed this 21st day of March, 2006.     











[1]
See
Tex. R. App. P. 52.8(d) (AWhen
denying relief, the court may hand down an opinion but is not required to do
so.@); Tex. R. App. P. 47.4 (distinguishing
opinions and memorandum opinions).